# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Joan Bridget Woods, *et al.*,

    Plaintiffs,

v.

Batavia Woods LLC, *et al.*,

    Defendants.

Case No.  1:13cv603

Judge Michael R. Barrett

## ORDER

This matter is before the Court upon Plaintiffs' Dismissal pursuant to Rule 41(a)(1)(A)(i).  (Doc. 11.)  However, the Court notes that Defendant Charles Gang has filed an Answer.  (Doc. 9.)  Therefore, dismissal is proper under Federal Rule of Civil Procedure 41(a)(2).  For good cause shown, Plaintiffs' Motion is hereby **GRANTED**.  Plaintiffs' Complaint is dismissed without prejudice.  This matter shall be **CLOSED** and **TERMINATED** from the docket of this Court.

    **IT IS SO ORDERED.**

                                                                 */s/ Michael R. Barrett*
                                                              JUDGE MICHAEL R. BARRETT